UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA, BRUCE MELVIN, JORDAN BENNETT, ELIJAH POUGH, SHADELL MCBRIDE, JUSTIN BALLESTER, ALZUBAIR SALEH, GABRIEL VALDEZ, and EMMANUEL PEREZ<br><br>      Defendants. | **ORDER**<br><br>23 Cr. 204 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA,<br><br>      Defendant. | 22 Cr. 347 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>SHADELL MCBRIDE,<br><br>      Defendant. | 22 Cr. 484 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    As stated at today's conference, pre-trial motions in the above-captioned cases are due by **March 7, 2024**. Opposition briefs are due by **April 8, 2024**. Reply briefs, if any, are due by **April 22, 2024**.

    Trial is scheduled for **October 7, 2024, at 9:30 a.m., in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York**. Motions in limine, proposed voir

dire, and requests to charge are due by **September 6, 2024**. Responsive papers are due by **September 13, 2024**.

        The Court's intent was to exclude time under the Speedy Trial Act from December 7, 2023 to October 7, 2024 for the purposes of each of the above-captioned cases. However, Defense Counsel in <u>United States v. Silva</u>, 22 Cr. 347, and <u>United States v. McBride</u>, 22 Cr. 484, are directed to confirm in writing no later than **December 14, 2023** that it was their intention at the time to consent to the exclusion of time in those cases for the purposes of preparing pretrial motions and preparing for trial.

Dated:  New York, New York
         December 7, 2023

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge