UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>SHADELL MCBRIDE,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG)<br>22 Cr. 484 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      A change-of-plea hearing will take place in this matter on **April 3, 2024, at 2:00 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      March 13, 2024

                                              SO ORDERED.

                                              Paul G. Gardephe
                                              United States District Judge