UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SHADELL MCBRIDE,

                Defendant.

**ORDER**

22 Cr. 484 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On May 18, 2023, this Court entered an order consolidating this matter with the charges against Defendant Shadell McBride in United States v. Silva, 23 Cr. 204 (PGG). (Dkt. No. 20)

      On April 3, 2024, McBride pled guilty to Counts One and Twenty of Indictment 23 Cr. 204, pursuant to a plea agreement. In the plea agreement, the Government agrees to move to dismiss Indictment 22 Cr. 484 at the time of sentencing in 23 Cr. 204. (Plea Agmt. At 2)

      On August 27, 2024, this Court sentenced McBride to ten years' imprisonment and five years' supervised release in connection with his guilty plea. At sentencing, the Government moved to dismiss all open counts against McBride, including the felon in possession charge in Indictment 22 Cr. 484. This Court granted the Government's motion.

      Accordingly, Indictment 22 Cr. 484 (Dkt. No. 8) is dismissed.

Dated: New York, New York
       August 28, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge